UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PERRY HARRISON, | § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-3282 |
| HARRIS COUNTY JAIL, | § § § | |
| Defendant. | § § | |

## AMENDED ORDER GRANTING MOTION
## TO PROCEED ON APPEAL *IN FORMA PAUPERIS*

On November 15, 2018, this Court dismissed the civil rights lawsuit filed by Harris County inmate Perry Harrison. The plaintiff has filed a notice of appeal from that decision. He has also filed an application to proceed on appeal *in forma pauperis*. (Doc. # 15). Because the plaintiff is incarcerated, this case is governed by the Prison Litigation Reform Act (the "PLRA"). The PLRA requires prisoners to pay an initial partial filing fee for all civil actions and appeals. 28 U.S.C. § 1915(b)(1). The PLRA also requires prisoners to pay the balance of the full appellate filing fee ($505.00). Accordingly, the Court ORDERS that:

1. The application for leave to proceed *in forma pauperis* (Doc. # 15) is GRANTED.

2. The plaintiff is not assessed an initial partial filing fee because he lacks the requisite funds.

3. The plaintiff shall pay $505.00, the balance of the full filing fee, in periodic installments as required by 28 U.S.C. § 1915(b). The agency with custody of the plaintiff shall collect this amount from the plaintiff's trust account and forward it to the Court.

4. The plaintiff is responsible for signing all consents and other documents required by the agency having custody of plaintiff to authorize the necessary withdrawal from the plaintiff's inmate trust account.

**The Clerk of Court will send a copy of this Order to the plaintiff. The Clerk will also provide a copy of this Order by regular mail or e-mail, if appropriate, to the Harris County Jail Inmate Trust Fund, Attn: Tom Katz, 1200 Baker Street, Houston, Texas, 77002, phone: (713) 755-8436, fax: 713-755-4546.**

It is so ORDERED.

SIGNED on this 15th day of February, 2019.

Kenneth M. Hoyt
United States District Judge